```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

SIMON ZAROUR,

                Plaintiff,

    - against –

US BANK NATIONAL ASSOCIATION, ET AL.,

                Defendants.

22-cv-4786 (JGK)

ORDER

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time to respond to the pending motion to dismiss is extended to **September 16, 2022**. The defendants may submit a reply by **September 30, 2022**. The conference scheduled for **September 7, 2022** is **cancelled**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 26, 2022**

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                            **United States District Judge**