UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMON ZAROUR,

                Plaintiff,

     - against -

U.S. BANK NATIONAL ASSOCIATION, ET
AL.,

                Defendants.

22-cv-4786 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of the pending fully briefed motion to dismiss.

SO ORDERED.
Dated:   New York, New York
         October 3, 2022

                      John G. Koeltl
            United States District Judge

Copy mailed to pro se party(ies)
at docket address