UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMON ZAROUR,

               Plaintiff,

- against -

U.S. BANK NATIONAL ASSOCIATION, ET AL.,

               Defendants.

22-cv-4786 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received courtesy copies from the defendants of the papers submitted in connection with the motion to dismiss. The defendants' submission includes a memorandum of law and exhibits from the plaintiff dated September 16, 2022 in opposition to the motion to dismiss, but these documents have not been filed on the docket of the Court. Therefore, the plaintiff is directed to file its memorandum of law and any exhibits in opposition to the motion to dismiss. Instructions on how to do so may be found at https://www.nysd.uscourts.gov/prose. The plaintiff is reminded that documents submitted electronically must be in PDF format, no larger than 10 megabytes. The plaintiff may call the Pro Se Intake Unit at (212) 805-0175 with any procedural questions.

SO ORDERED.

Dated:    New York, New York
            October 12, 2022

                                      John G. Koeltl
                                United States District Judge