**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SIMON ZAROUR,

                     Plaintiff,

         -against-                            22 **CIVIL** 4786 (JGK)

                                                          **<u>JUDGMENT</u>**

U.S. BANK NATIONAL ASSOCIATION, ET AL,

                     Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated November 09, 2022, defendants'

motion to dismiss for lack of subject matter jurisdiction is granted. Zarour's claims are dismissed

without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       November 10, 2022

                                     **RUBY J. KRAJICK**

                                                **Clerk of Court**

                   **BY:**

                                                **Deputy Clerk**