UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMON ZAROUR,

     Plaintiff,     22-cv-4786 (JGK)

 - against -       ORDER

U.S. BANK NATIONAL ASSOCIATION, ET AL.,

     Defendants.

---

JOHN G. KOELTL, District Judge:

By **Monday, April 10, 2023**, the pro se plaintiff may file a reply brief of no more than **3 pages** to the defendants' opposition to the plaintiff's Rule 60(b) motion.

The Clerk is directed to send a copy of this Order, as well as the defendants' opposition (ECF No. 22) to the plaintiff and to note service on the docket.

SO ORDERED.

Dated: New York, New York
    March 31, 2023

              /s/ John G. Koeltl
              John G. Koeltl
           United States District Judge